IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
MAR 19 2001
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| WILLIE L. TONEY, SR., | ) |
| Plaintiff | ) |
| vs. | ) Civil Action No. |
| | ) 01-C-0621-S |
| VETERANS ADMINISTRATION MEDICAL CENTER, VA AFFAIRS, SOCIAL SECURITY ADMINISTRATION, FORT CAMPBELL, KY, 101ST AIRBORNE DIVISION, | ) |
| Defendants | ) |

ENTERED
MAR 19 2001

## MEMORANDUM OPINION

The *pro se* Plaintiff brings this case complaining of the apparent denial of his claims for Veterans and Social Security disability benefits. The Plaintiff does not allege that he has exhausted his administrative remedies. He seeks as a remedy: "[t]o bring all of the party's [sic] to court, to find out why did this happen and to get compensation from all of them and to find out who moveing [sic] record's [sic] out of my medical record's [sic] and stop them by law."

The Plaintiff apparently has retained an attorney to represent him on his Veterans claim and other attorneys to represent him on his claim for Social Security disability benefits.

The Defendants are entitled, at a minimum, to a more definite statement of the Plaintiff's claims.

Based on a careful review of his application, the Plaintiff is not entitled to *in forma pauperis* status in this case. And since he already has retained counsel, he is not entitled to the

4

appointment of counsel by the court.

Accordingly, by separate Order, the *Pro Se* Complaint will be dismissed without prejudice for failure to pay the filing fee, and without prejudice to the right of the plaintiff to file a more definite statement of his claims.

Done this \_\_\_19th\_\_\_ day of March, 2001.

                                                                Chief United States District Judge
                                                                      U.W. Clemon